```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 20323
    JONETTE M GREENHOW
                                          CHAPTER 13

                                          JUDGE: A BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-9319


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/25/2004 and was confirmed 07/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  11.79% from remaining funds.

     The case was paid in full 09/10/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
ROUNDUP  FUNDING LLC       SECURED            2600.00        285.63       2600.00
ROUNDUP  FUNDING LLC       UNSECURED          7551.60           .00        890.33
ARONSON  FURNITURE         SECURED             500.00         54.96        500.00
ARONSON  FURNITURE         UNSECURED OTH       561.21           .00         66.11
INTERNAL REVENUE SERVICE   PRIORITY           1819.92           .00       1819.92
ROBERT J ADAMS & ASSOCIA   PRIORITY          NOT FILED          .00           .00
ARTISTIC SOLUTIONS         UNSECURED         NOT FILED          .00           .00
ASPIRE                     UNSECURED            575.93          .00         67.90
AT & T WIRELESS            UNSECURED         NOT FILED          .00           .00
CASHNET 500                UNSECURED         NOT FILED          .00           .00
CHICAGO MOTOR CLUB INS C   UNSECURED         NOT FILED          .00           .00
COUNTY BANK                UNSECURED         NOT FILED          .00           .00
CROSS COUNTRY BANK         UNSECURED         NOT FILED          .00           .00
US DEPT OF EDUCATION       UNSECURED           8560.50          .00       1009.28
FRANKS NURSERY             UNSECURED         NOT FILED          .00           .00
JEWEL FOOD                 UNSECURED            106.09          .00         12.51
ISAC                       UNSECURED         NOT FILED          .00           .00
KIRK EYE CENTER            UNSECURED         NOT FILED          .00           .00
LOYOLA UNIVERSITY PHYSIC   UNSECURED         NOT FILED          .00           .00
MICHAELS                   UNSECURED             85.32          .00         10.06
VERIZON WIRELESS           UNSECURED         NOT FILED          .00           .00
PAYDAY LOAN STORE          UNSECURED         NOT FILED          .00           .00
PEDIAGROUP ASSOC           UNSECURED         NOT FILED          .00           .00
SAFECO INSURANCE           UNSECURED         NOT FILED          .00           .00
RJM PATHOLOGY CONSULTANT   UNSECURED         NOT FILED          .00           .00
TCF NATIONAL BANK          UNSECURED         NOT FILED          .00           .00
TELECHECK SERVICES         UNSECURED         NOT FILED          .00           .00
TELECHECK SERVICES         UNSECURED         NOT FILED          .00           .00
VILLAGE OF OAK PARK        UNSECURED         NOT FILED          .00           .00
WESTCHESTER EYE SURGEONS   UNSECURED         NOT FILED          .00           .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT       194.00           .00        194.00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY       2,723.00                     2,723.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 20323 JONETTE M GREENHOW
```

```
TOM VAUGHN                    TRUSTEE                                566.30
DEBTOR REFUND                 REFUND                                 175.00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 10,975.00

PRIORITY                                         2,013.92
SECURED                                          3,100.00
    INTEREST                                       340.59
UNSECURED                                        2,056.19
ADMINISTRATIVE                                   2,723.00
TRUSTEE COMPENSATION                               566.30
DEBTOR REFUND                                      175.00
                        ---------------     ---------------
TOTALS                  10,975.00                10,975.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/27/07                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE